**COURTROOM MINUTES:**
The Honorable Stephen Wm Smith Presiding
Deputy Clerk: Jason Marchand

Clerk, U.S. District Court
Southern District of Texas
Filed 5-2-16
David J. Bradley, Clerk

Interpreter Present? ☐ Yes ☑ No   ERO V. Kelner

USPT/USPO R. Hernandez   OPEN 2:24 ADJOURN____

☑ OTHER DISTRICT   ☐ DIVISION  EDLA   THEIR CASE# 2:15CR266

**PROCEEDING HELD:**
☑ Initial Appearance  ☐ Counsel Determination Hearing  ☐ Status Hearing
☐ Bond Hearing  ☐ Identity  ☐ Hearing Continued on____
☐ Detention Hearing  ☐ Preliminary Hearing  ☐ Other____

CASE NUMBER ☐ CR ☑ MJ  16-656M   Defendant # 1

AUSA Dan Rodriguez

Joseph Rivera

☑ Date of arrest 5-2-16    ☑ Rule 5
☑ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Complaint
    Violation of ☑ Supervised Release ☐ Probation

☑ Defendant ☐ Material Witness appeared   ☐ with ☑ without counsel
                                           Ashley
☑ Defendant requests appointed counsel.  Kaper present   ☑ Financial Affidavit executed and sworn.
☑ Order appointing Federal Public Defender    ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $____
☐ Defendant advises that he will retain private counsel. ____

☐ Defendant____bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $____ Deposit
☐ Defendant____bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $____ Deposit
☐ Defendant____bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $____ Deposit
☐ Surety signatures required as to Defendant(s)____.
☐ Defendant(s)____ advised of conditions of release
☐ BOND EXECUTED  ☐ Defendant____Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s)____
☐ Order of Detention Pending Trial entered as to Defendant(s)____.
☐ Bond Continued   ☐ Bond reinstated   ☐ Bond Revoked
☑ Defendant____1____remanded to custody   ☐ M/W remanded to custody
☑ Defendant Ordered Removed to Originating District

Defendant____Waiver of ☐ Preliminary ☑ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause   ☐ Identity

☐ Defendant(s)____is/are scheduled on____at____for:
   ☐ Arraignment        ☐ Counsel Determination Hearing   ☐ Identity Hearing
   ☐ Detention Hearing  ☐ Preliminary Hearing             ☐ Final Revocation Hearing
   ☐ ____Hearing